UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND MCCOWAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>L. MCKEOWN, et al.,<br><br>　　　　Defendants. | No. 2:21-cv-00369-JAM-CKD P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. On July 1, 2021, the court screened plaintiff's complaint and gave him the option of proceeding immediately on the Eighth Amendment excessive force claims against defendants McKeown, Stephens, and Merrell or of amending his complaint. Plaintiff has filed the required Notice of Election form indicating his intent to file a first amended complaint.¹ ECF No. 13. Based on plaintiff's notice, the court will grant plaintiff 30 days to file a first amended complaint.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. Plaintiff is granted 30 days to file a first amended complaint.

　　　　2. The failure to file an amended complaint within the time provided will result in a

---

¹ Plaintiff also filed a request to correct the docket indicating that defendant R. Stephens is also known as R. Merrell. ECF No. 12. The court has updated the docket to reflect this information.

1

1 | recommendation that this case be dismissed.

2 | Dated:  July 20, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

10 | 12/mcco0369.eot.fac.docx