UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND MCCOWAN,<br><br>  Plaintiff,<br><br>  v.<br><br>L. MCKEOWN, et al.,<br><br>  Defendants. | No.  2:21-cv-0369 JAM CKD P<br><br><br>ORDER |

Plaintiff filed a motion for extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

  1. Plaintiff's motion for an extension of time (ECF No. 18) is granted; and

  2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

Dated:  August 19, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/mcco0369.36(2)