UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND MCCOWAN, | No. 2:21-cv-00369-JAM-CKD P |
| Plaintiff, | |
| v. | ORDER |
| L. MCKEOWN, et al., | |
| Defendants. | |

On January 26, 2022, the court screened plaintiff's first amended complaint and gave him the option of proceeding on the claims found cognizable or of filing a second amended complaint. Plaintiff was directed to file a notice of election within 21 days from the date of the court's screening order. ECF No. 23. On February 11, 2022, the court received plaintiff's notice of election indicating his desire to file a second amended complaint.

Accordingly, IT IS HEREBY ORDERED that plaintiff is granted thirty days from the date of this order in which to file a second amended complaint. Failure to file the amended complaint within the time provided will result in a recommendation that this action be dismissed.

Dated: February 16, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/mcco0369.36.elect.docx

1