UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND MCCOWAN, | No. 2:21-cv-00369-DAD-CKD (PC) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS |
| L. MCKEOWN, et al., | |
| Defendants. | (Doc. No. 35) |

Plaintiff Raymond McCowan is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 25, 2022, the assigned magistrate judge screened plaintiff's second amended complaint and found that plaintiff had stated cognizable Eighth Amendment claims against defendants McKeown and Stephens-Merrell for use of excessive force and against defendants McAllister, Ota, and Harris for deliberate indifference, but that plaintiff had failed to state any other cognizable claims against those defendants and named defendants Ikegbu, Lacebal, Lampl, Hamamato, Cueva, Benavides, Patterson, Easterling, Corbett, and Fleshman. (Doc. No. 35 at 4–5.) The magistrate judge concluded "that further amendment of these claims would be futile" because the court previously provided plaintiff with the applicable legal standards and plaintiff has had multiple attempts to fix the pleading deficiencies identified by the court. (*Id.* at 4.) The

magistrate judge also found that defendants Vega, Alenjadre-Loya, Le, and Valdez were improperly joined in this action. (*Id.* at 5.)

Accordingly, on October 25, 2022, the magistrate judge issued findings and recommendations recommending that this action proceed only on plaintiff's use of excessive force claims against defendants McKeown and Stephens-Merrell and plaintiff's deliberate indifference claims against defendants McAllister, Ota, and Harris. (*Id.* at 8.) The findings and recommendations also recommend dismissal of plaintiff's claims brought against defendants Ikegbu, Lacebal, Lampl, Hamamato, Cueva, Benavides, Patterson, Easterling, Corbett, and Fleshman, without further leave to amend, and dismissal of defendants Vega, Alenjadre-Loya, Le, and Valdez as improperly joined, without prejudice to plaintiff filing a separate action against those defendants. (*Id.*) The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.*) No objections have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on October 25, 2022 (Doc. No. 35) are adopted in full;
2. This action shall proceed on plaintiff's use of excessive force claims against defendants McKeown and Stephens-Merrell and plaintiff's deliberate indifference claims against defendants McAllister, Ota, and Harris;
3. Plaintiff's claims against defendants Ikegbu, Lacebal, Lampl, Hamamato, Cueva, Benavides, Patterson, Easterling, Corbett, and Fleshman are dismissed;
4. Defendants Vega, Alenjadre-Loya, Le, and Valdez are dismissed from this action as improperly joined, without prejudice to plaintiff filing of a separate civil action against them;

/////

5. The Clerk of the Court is directed to update the docket to reflect the termination of the following defendants from this action: Ikegbu, Lacebal, Lampl, Hamamato, Cueva, Benavides, Patterson, Easterling, Corbett, Fleshman, Vega, Alenjadre-Loya, Le, and Valdez; and

6. This action is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **December 26, 2022**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE