UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND MCCOWAN, | No. 2:21-cv-00369-DAD-CKD P |
| Plaintiff, | |
| v. | ORDER |
| L. MCKEOWN, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding pro se and in forma pauperis in this federal civil rights action filed pursuant to 42 U.S.C. § 1983. On January 24, 2023, this matter was referred to the post-screening ADR pilot project and was stayed. The settlement conference was conducted on July 27, 2023 and the case did not settle. As a result, the stay of this action is lifted. Defendants shall file a responsive pleading within thirty days.

Accordingly, IT IS HEREBY ORDERED that:

1. The stay of this action is lifted; and

2. Defendants shall file a responsive pleading within thirty days from the date of this order.

/////

/////

/////

1

Dated: August 7, 2023

/s/ Carolyn K. Delaney
_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/mcco0369.nosettle