IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAYMOND MCCOWAN,** | Case No. 2:21-cv-00369 DAD CKD |
| Plaintiff, | **ORDER** |
| v. | |
| **MCKEOWN, et al.,** | |
| Defendants. | |

The Court having considered Defendants' administrative motion to extend the time to file a summary judgment motion, and good cause appearing, grants the motion. Defendants shall file any motion for summary judgment no later than June 14, 2024.

IT IS SO ORDERED.

Dated: April 12, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE