IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAYMOND MCCOWAN,**<br><br>Plaintiff,<br><br>v.<br><br>**MCKEOWN, et al.,**<br><br>Defendants. | Case No. 2:21-cv-00369 DAD CKD<br><br>**ORDER** |

   The Court having considered Defendants' second administrative motion to extend the time to file a summary judgment motion, and good cause appearing, grants the motion. Defendants shall file any motion for summary judgment no later than July 29, 2024.

   IT IS SO ORDERED.

Dated: June 24, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE