IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAYMOND MCCOWAN,**<br><br>Plaintiff,<br><br>v.<br><br>**MCKEOWN, et al.,**<br><br>Defendants. | Case No. 2:21-cv-00369 DAD CKD<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE REPLY SUPPORTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Defendants request the Court extend the deadline for them to file a reply supporting their motion for summary judgment from December 23, 2024, until 14 days after Plaintiff files the remaining 8 pages of his opposition. For good cause shown, the Court **GRANTS** Defendants' request. Defendants reply supporting their motion for summary judgment must be filed within 14 days of Plaintiff filing the remaining 8 pages of his opposition or, **no later than January 13, 2025**. Defendants' motion for summary judgment will be deemed submitted on the papers at the expiration of this deadline. See Local Rule 230(l). No further extensions will be granted.

**IT IS SO ORDERED.**

Dated: December 18, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1