IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAYMOND MCCOWAN,** | Case No. 2:21-cv-00369 DAD CKD |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| **MCKEOWN, et al.,** | |
| Defendants. | |

Defendants request the Court extend the deadline for them to file a reply to their motion for summary judgment from January 13, 2025, to 14 days after Plaintiff files the remaining 11 pages of his opposition to Defendants' motion. Upon due consideration and good cause appearing, the Court **GRANTS** Defendants' request. Defendants' reply supporting their motion for summary judgment must be filed within 14 days of Plaintiff filing the remaining 11 pages of his opposition, or no later than by February 7, 2025.

**IT IS SO ORDERED**.

Dated: January 10, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, mcco21cv0369.36msjr

1