IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAYMOND MCCOWAN,**<br><br>Plaintiff,<br><br>v.<br><br>**MCKEOWN, et al.,**<br><br>Defendants. | Case No. 2:21-cv-00369 DAD CKD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' THIRD REQUEST FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Defendants request a third extension of time to file a reply in support of their motion for summary judgment, from February 7, 2025, until 14 days after Plaintiff files the remainder of his opposition, or no later than February 26, 2025. Upon due consideration and good cause appearing, the Court **GRANTS** Defendants' request. Defendants must file a reply in support of their motion for summary judgment, if any, within 14 days of Plaintiff filing the remainder of his opposition, or no later than February 26, 2025.

**IT IS SO ORDERED.**

Dated: February 10, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, mcco21cv0369.36.0226

1