UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND MCCOWAN,<br><br>    Plaintiff,<br><br>    v.<br><br>L. MCKEOWN, et al.,<br><br>    Defendants. | No. 2:21-cv-00369-DAD-CKD (PC)<br><br>ORDER ADOPTING IN FULL FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. Nos. 70, 93) |

       Plaintiff Raymond McCowan is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

       On March 6, 2025, the assigned magistrate judge issued findings and recommendations recommending that defendants' motion for summary judgment be granted. (Doc. No. 93.) Specifically, the magistrate judge found that under the undisputed facts, no reasonable jury could find a that the use of force deployed by defendants against plaintiff was unreasonable, unnecessary or excessive. (*Id.* at 12.) In addition, the magistrate judge concluded that there was simply no evidence before the court on summary judgment from which a trier of fact could find that any of the defendants chose a course of treatment that was medically unacceptable under the

/////

1

circumstances or were aware that a substantial risk of serious harm existed to plaintiff which they purposefully disregarded. (*Id.* at 14–16.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 16.)[1] To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the pending findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on March 6, 2025 (Doc. No. 93) are ADOPTED in full;

2. Defendants' motion for summary judgment (Doc. No. 70) is GRANTED; and

3. The Clerk of the Court is directed to enter judgment in favor of defendants and CLOSE this case.

IT IS SO ORDERED.

Dated:  **March 31, 2025**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[1] The pending findings and recommendations were served on plaintiff by mail sent to his address of record on March 6, 2025. Shortly thereafter, on March 10, 2025, the court received a notice of change of address filed by plaintiff indicating he had been transferred and providing the court with his current address. (Doc. No. 94.) On March 12, 2025, the pending findings and recommendations were re-served by mail directed to plaintiff's new address of record.